IN THE UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    CECIL F. PATTON | : | |
|                     Debtor | : | Bankruptcy No. 23-13743 |
| | : | |
| | : | |

**ORDER**

AND NOW, upon consideration of the Motion of Debtor to Enforce Automatic Stay filed by Debtor, Cecil F. Patton, filed on July 24, 2024 and after notice and hearing, it is hereby ORDERED that said motion is GRANTED and it is further ORDERED AND DECREED as follows:

1. Creditor IRS has willfully violated the provisions of 11 U.S.C. § 362(a)(6);

2. Creditor IRS shall pay to Debtor any and all monies levied upon Debtor's monthly Social Security payments from December 2023 up to and including the date of this Order, but in no event less than $16,668.30 (calculated $1515.30 x 11 months [December 2023 through October 2024] ;

3. Creditor IRS shall pay to Debtor attorneys fees and costs in the amount of $2,980.00.

4. ~~Creditor IRS shall pay to Debtor punitive damages in the amount of $_____.~~

**Date: October 9, 2024**

Honorable Patricia M. Mayer
Bankruptcy Judge